IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ALVIN STANLEY, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:23-CV-204 (MTT) |
| TIMOTHY C. WARD, et al., | ) |
| Defendants. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends denying plaintiff Alvin Stanley's motion for a preliminary injunction or temporary restraining order ("TRO").  Doc. 7.  Stanley has not objected, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error.[1]  After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation (Doc. 7) is **ADOPTED** and made the Order of the Court.  Stanley's motion for a preliminary injunction or TRO (Doc. 4) is **DENIED**.

**SO ORDERED**, this 2nd day of August, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Even if reviewed de novo pursuant to 28 U.S.C. § 636(b)(1), the result would be the same.